WISCONSIN DISTRIBUTING COMPANY, Appellant, vs. CHICAGO & NORTHWESTERN RAILWAY COMPANY, Respondent.

APPEAL from a judgment of the municipal court of Outagamie county dated September 10, 1926: THEODORE BERG, Judge.

Action against carrier for neglect. Judgment in favor of defendant, from which plaintiff appeals.

For the appellant: *Frank, Wheeler & Pelkey* of Appleton.

For the respondent: *J. F. Baker* and *Llewellyn L. Cole,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

BAUMANN COAL COMPANY, Appellant, vs. INDUSTRIAL COMMISSION OF WISCONSIN and others, Respondents.

APPEAL from a judgment of the circuit court for Dane county dated June 16, 1927: AUGUST C. HOPPMANN, Judge.

Action to set aside award of *Industrial Commission.* Judgment for defendants, from which plaintiff appeals.

For the appellant: *Hand & Quinn,* attorneys, and *Lewis J. Quinn,* of counsel, all of Racine.

For the respondent *Industrial Commission: John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent *Kathryn Wallat: Foley, Brach & Colbert* of Racine.

*By the Court.*—Judgment affirmed.

MILDRED FELDSCHAU, Respondent, vs. JOHN ZPUSTCINSKI, Appellant.

APPEAL from an order of the circuit court for Kenosha county dated April 2, 1927: E. B. BELDEN, Judge.

Personal injuries. Automobile accident. Order in favor of plaintiff, from which defendant appeals.

For the appellant: *Shaw, Muskat & Sullivan* of Milwaukee.

For the respondent: *George W. Taylor* of Kenosha.

*By the Court.*—Order affirmed.